1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAYMOND D. JACKSON, Sr.,              No.  2:14-cv-2809-TLN-EFB P

12              Plaintiff,

13        v.                                ORDER

14    SINGH, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On April 23, 2015, the magistrate judge filed findings and recommendations herein which

21    were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings

22    and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to

23    the findings and recommendations and has now paid the filing fee.

24         The Court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  In light of Plaintiff's payment of

26    the filing fee, however, the findings and recommendations will be adopted only to the extent that

27    they recommend denial of Plaintiff's application to proceed in forma pauperis, and not to the

28    extent that they recommend dismissal of this action.

                                        1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 23, 2015, are adopted in part.

2.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied; and

3.  As Plaintiff has now paid the filing fee, this matter is remanded back to the magistrate judge for screening of the complaint pursuant to 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:  July 6, 2015

_____
Troy L. Nunley
United States District Judge

2