1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND D. JACKSON, SR.,              No.  2:14-cv-2809-TLN-EFB P

12              Plaintiff,

13        v.                               ORDER

14   SINGH, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  He requests an extension of time to effect service of process on defendants.

19        Plaintiff's request (ECF No. 18) is granted and plaintiff has 15 days from the date this

20   order is served to effect service of process.

21        So ordered.

22   Dated:  July 27, 2017.

23                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28