UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SINGH, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-2809-TLN-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 11, 2018, defendants filed a motion for summary judgment. ECF No. 40. On July 11, 2018, after plaintiff failed to timely file an opposition to the motion, the court directed him to do so within twenty-one days. ECF No. 44. Plaintiff requests an extension of time to file his opposition.

Plaintiff's request (ECF No. 45) is granted and plaintiff has 45 days from the date this order is served to file his opposition.

DATED: July 25, 2018.

　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE